IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

NATIVE VILLAGE OF CHIGNIK LAGOON,	)
d/b/a CHIGNIK LAGOON VILLAGE	)
COUNCIL,	)
	)
	Plaintiff,	)
	)
vs.	)
	)
ORION MARINE CONTRACTORS, INC.,	)
and LIBERTY MUTUAL GROUP, INC.,	)
d/b/a LIBERTY MUTUAL INSURANCE	)
COMPANY,	)
	)	No. 3:18-cv-0140-HRH
	Defendants.	)
_____)

O R D E R

Case Dismissed

The court is in receipt of the parties' *Stipulation and Order of Dismissal with Prejudice*,[1] filed March 25, 2019. The stipulation is approved, and this matter is hereby dismissed with prejudice, the parties to bear their respective costs and attorney fees.

DATED at Anchorage, Alaska, this  26th  day of March, 2019

/s/ H. Russel Holland
United States District Judge

---

[1]Docket No.26.

Order – Case Dismissed	- 1 -